UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KALIN HARRIS,

                          Plaintiff,

          -against-

CIGNA HEALTH & LIFE INSURANCE COMPANY,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/18/2025

25 Civ. 6340 (AT)

**ORDER**

ANALISA TORRES District Judge:

On August 5, 2025, the Court ordered the parties to submit a joint letter and proposed case management plan by December 3, 2025.  ECF No. 5.  Those submissions are now overdue. Accordingly, by **January 8, 2026**, the parties shall submit their joint letter and proposed case management plan.

          SO ORDERED.

Dated: December 18, 2025
       New York, New York

_____
          ANALISA TORRES
     United States District Judge