UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KALIN HARRIS,

                    Plaintiff,

        -against-

THE CIGNA GROUP, D/B/A CIGNA
HEALTHCARE

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/1/2026____

25 Civ. 6340 (AT)

**ORDER**

ANALISA TORRES District Judge:

        The Court has reviewed Seppinni Law, PLLC's motion to withdraw as counsel for Plaintiff in this action and stay all case deadlines for six months to allow Plaintiff to retain new counsel.  *See* Mot. at 1, ECF No. 27; Mem. at 5, ECF No. 29.

        By **June 5, 2026**, Defendant shall file a response, which shall indicate whether it consents to the stay.

        SO ORDERED.

Dated: June 1, 2026
        New York, New York

_____
        ANALISA TORRES
        United States District Judge