UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KALIN HARRIS,

                Plaintiff,

      -against-

THE CIGNA GROUP, D/B/A CIGNA
HEALTHCARE

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/5/2026
```

25 Civ. 6340 (AT)

**ORDER**

ANALISA TORRES District Judge:

The Court has reviewed Seppinni Law, PLLC's ("Seppinni") motion to withdraw as counsel for Plaintiff in this action and stay all case deadlines for six months to allow Plaintiff to retain new counsel. *See* Mot. at 1, ECF No. 27; Mem. at 5, ECF No. 29. Defendant consents to the stay. *See* ECF No. 32. Accordingly, Seppinni's motion to withdraw as counsel for Plaintiff is GRANTED. Seppinni's motion to seal certain documents in support of its motion is GRANTED. *See* ECF No. 26. The Court finds that the proposed redactions are narrowly tailored to protect the confidential and privileged information contained in the submissions.

The action is STAYED until **December 7, 2026**. By **November 30, 2026**, Plaintiff shall file a status update regarding his search for counsel. The Clerk of Court is respectfully directed to terminate the appearance of attorneys Megan Jones and Shane Seppinni from the docket and the motions at ECF Nos. 26 and 27.

      SO ORDERED.

Dated: June 5, 2026
      New York, New York

_____
      ANALISA TORRES
      United States District Judge