USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: _7/6/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KALIN HARRIS,

Plaintiff,

-against-

THE CIGNA GROUP, D/B/A CIGNA HEALTHCARE

Defendant.

25 Civ. 6340 (AT)

**ORDER**

ANALISA TORRES District Judge:

On June 5, 2026, the Court stayed this action. *See* ECF No. 33. Accordingly, the case management conference scheduled for July 13, 2026, is ADJOURNED *sine die*.

SO ORDERED.

Dated: July 6, 2026
New York, New York



ANALISA TORRES
United States District Judge